# WILLIS v. WEATHERWAX.

(128 N. W. 307.)

Opinion filed October 21, 1910.

Appeal from District Court, Ward county; *Kneeshaw,* J.

Election contest between C. C. C. Willis and L. P. Weatherwax. Judgment for contestee, and contestant appeals.

Affirmed.

*Geo. A. McGee* and *H. J. Schull,* for appellant.

*Arthur LeSueur,* for respondent.

PER CURIAM. This is a primary election contest proceeding involving questions in all respects similar to the questions involved in the case of Murray v. Davis (decided this day by this court) ante, 64, and the two cases having been argued and submitted together under stipulation, and the decision in the case of Murray v. Davis being controlling in this case, it is ordered that the judgment of the District Court herein be affirmed. All concur.

---

# THE STATE OF NORTH DAKOTA EX REL. D. A. KRAMER v. A. K. KIEFER as County Auditor of McHenry County, North Dakota.

'(129 N. W. 925.)'

Opinion filed October 21, 1910.

PER CURIAM. Following the recent decision of this court in State Dorval v. Hamilton, 20 N. D. 592, 129 N. W. 916, leads to a reversal of the order appealed from. Some of the questions raised in the case at bar are identical with those decided in State v. Hamilton. Others are rendered immaterial by that decision and hence need not be noticed.

Order reversed.